**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

October 22, 2026

**Via ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Patko v. Mullin*, Civ. No. 26-12204 (CCC)**
**Release Update**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's Text Order, ECF No. 8, directing Respondents to release Petitioner within 24 hours. ICE advised this Office that Petitioner was released from custody on October 20, 2026 at approximately 10:55 p.m.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

In light of Petitioner's release, the Clerk's Office shall close this matter. SO ORDERED.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: October 22, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)